## PAUL SCHMOTZER'S ANSWERS TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

   **Approximately June 2013 through present.**

2. Who was your immediate supervisor?

   **Yasser Abdelrehim.**

3. Did you have a regularly scheduled work period? If so, specify.

   **My typical "schedule" is Monday through Friday; 9:00 am – 7:00 pm.**

4. What was your title or position? Briefly describe your job duties.

   **The title of my position is Salesman. My duties included, but are not limited to, meeting and greeting potential buyers and completing and closing car sales.**

5. What was your regular rate of pay?

   **While working as a salesman, I receive a weekly commission which was based on the number of cars sold per week. The amount of my commission varies per week.**

6. What is the nature of your claim (check all that apply)?

   __X__ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time);

   ____ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   __X__ Miscalculation (Defendant failed to correctly calculate your compensation);

   ____ Other (Please describe):_____

7. Provide an accounting of your claim, including:

   a. Dates – **June 2013 – May 2014**

   b. regular hours worked – **40**

   c. over-time hours worked – **My overtime hours varied. However, my hours exceeded forty (40) in most workweeks.**

   d. pay received versus pay claimed –

> I received a weekly commission which was based on the number of cars sold per week. For the weeks that my commissions did not compensate me at least the statutory minimum wage rate for all hours worked, I am owed for any minimum wage deficiency.

e.  total amount claimed –

<u>June 2013 – May 2014 (approximately 52 weeks)</u>

- Without having my accurate time records which were requested from the Defendant, I estimate that my damages will be based on an average of 55-60 hours per week worked by me based on my recollection. Although, I worked an average of 55-60 hours per week, I did not receive the statutory minimum wage rate for some of my hours worked. Therefore, I am due the difference between my gross pay received and the applicable statutory minimum wage rate for my hours worked, plus liquidated damages, fees and costs.

**Plaintiff reserves the right to amend the answers to the Court's Interrogatories as the case progresses and/or upon receipt of any additional documentation warranting an amendment to my answers

8. If you have brought this claim as a collective action: Yes

   a.  Describe the class of employees you seek to include in this action.

   This action is intended to include each and every commission paid sales associate who worked for Defendant at any time within the past three (3) years under the FLSA and within the past five (5) years under the Florida Constitution.

   b.  Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action? Yes

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

   **I am without personal knowledge regarding the fees and costs incurred to date.**

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

    **On August 11, 2014, when my Complaint and Consent to Join were filed with the Court. (*See* Docs. 1 and 3).**

11. Was this complaint written or oral? (If written complaint, please attach a copy).

    **Written. (*See* Doc. 1).**

12. What was your employer's response? (If a written response, please attach a copy).

    **Defendant's Answer and Affirmative Defenses to Plaintiffs' Complaint was filed on September 11, 2014. (*See* Doc. 10).**

Executed this 24 day of October 2014, in Hillsborough County, Florida (State).

I, PAUL SCHMOTZER, declare under penalty of perjury that the foregoing is true and correct.

*Paul Edward Schmotzer*
PAUL SCHMOTZER